**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 22-6198**

───────────

RONALD R. MYLES, JR.,

        Petitioner - Appellant,

    v.

WARDEN R. M. WOLFE,

        Respondent - Appellee.

───────────

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  John Preston Bailey, District Judge.  (1:21-cv-00061-JPB-JPM)

───────────

Submitted:  November 30, 2022                    Decided:  December 14, 2022

───────────

Before NIEMEYER and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

───────────

Dismissed in part and affirmed in part by unpublished per curiam opinion.

───────────

Ronald R. Myles, Jr., Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald R. Myles, Jr., a federal prisoner, appeals the district court's orders dismissing his 28 U.S.C. § 2241 petition and denying a certificate of appealability. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Myles' informal brief does not challenge the basis for the district court's dismissal of his § 2241 petition, he has forfeited appellative review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order dismissing Myles' § 2241 petition. Further, because a certificate of appealability is not necessary when a federal prisoner seeks to appeal the denial of a § 2241 petition, we dismiss as moot the portion of Myles' appeal that challenges the district court's order denying a certificate of appealability. *See* 28 U.S.C. § 2253(c)(1)(A) (providing that certificate of appealability is required in appeal from final order in a habeas corpus proceeding challenging a state, not federal, detention). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED IN PART,*
*AFFIRMED IN PART*

2